Sylvester THOMAS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5071.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

Sylvester Thomas, Winnebago, WI, pro se.

Scott Thomas Palmer, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Michael A. STEINBERG, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5040.

United States Court of Appeals, Federal Circuit.

March 4, 2010.

Michael A. Steinberg, Tampa, FL, pro se.

Cameron Cohick, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.